# JP LAW GROUP

2150 E. LAKE COOK ROAD, SUITE 170
BUFFALO GROVE, ILLINOIS 60089

TEL: (847) 901-9155
FAX: (847) 901-9269
EMAIL: jplawatty@gmail.com

July 5, 2018

USCIS
PO Box 21281
Phoenix, AZ 85036

Re:     Filing Form I-485 / I-765 / I-131
        **Applicant:  Ms. INAE LIM**
        <u>PRIORITY DATE: 11/03/2017</u>

<u>**I-140 APPROVED**</u>
<u>**EB-3, SKILLED WORKER**</u>

Dear Sir or Madam:

Submitted is the Form I-485, Application to Adjust Status, based upon the approved Form I-140, Immigrant Petition for Alien Worker, pursuant to 8 C.F.R. 245.3.

Enclosed please find the following:

1. <u>Copy of the approval notice of I-140</u>
2. Form G-1450, Authorization for Credit Card Transactions (<u>I-485</u>)
3. Form G-1145, e-Notification of Application/Petition Acceptance
4. Form G-28, Attorney Appearance on behalf of Beneficiary

5. **Form I-485**, Application to Adjust Status along with two photos of Beneficiary
6. Form I-485 Supplement J, Confirmation of Bona Fide Job Offer
7. Form I-693, Sealed Medical Report of Beneficiary

8. **Form I-765**, Application for Employment Authorization along with two photos

9. **Form I-131**, Application for Travel Document along with two photos

## SUPPORING DOCUMENTS

1. Copy of the Family Register (**Birth Certificate**) issued by South Korean Government with translation
2. Copy of Beneficiary's passport, visa, I-94 and I-20
3. Copy of the transcripts

Should you require further information or documentation, please contact me.

Respectfully,

Jangman Park
Attorney at Law

**Department of Homeland Security**  Case 1:19-cv-02460-DLF   Document 4-1   Filed 09/16/19   Page 3 of 42
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number LIN1817050107 | | Case Type II40 - IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| Received Date 06/04/2018 | Priority Date 11/03/2017 | Petitioner ASIANA SERVICES INC |
| Notice Date 06/13/2018 | Page 1 of 1 | Beneficiary  A215 535 467 LIM, INAE |

| | |
|---|---|
| ASIANA SERVICES INC c/o JANGMAN PARK JP LAW GROUP 2150 E LAKE COOK RD STE 170 BUFFALO GROVE  IL  60089 | **Notice Type:** Approval Notice **Section:** Skilled Worker, Sec.203(b)(3)(A)(i) **Consulate:** **ETA Case Number:** A-17307-06831 **SOC Code:** 351011 |

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local USCIS office to obtain Form I-485, Application to Register Permanent Residence or Adjust Status. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local USCIS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521



**USCIS Contact Center: 1-800-375-5283**



# Authorization for Credit Card Transactions

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form G-1450**
OMB No. 1615-0131
Expires 01/31/2021

---

## How To Fill Out Form G-1450

1. Type or print legibly in black ink.

2. Complete the **"Applicant's/Petitioner's/Requester's Information," "Credit Card Billing Information,"** and **"Credit Card Information"** sections and sign the authorization.

3. Place your Form G-1450 ON TOP of your application, petition, or request package.

**NOTE:** Failure to provide the requested information may result in USCIS and your financial institution not accepting the payment. USCIS cannot process credit card payments without an authorized signature.

**NOTE:** Form G-1450 may only be used with a form being submitted to a USCIS Lockbox. **Do not submit this form to a USCIS Field Office. They will not accept it.**

> We recommend that you print or save a copy of your completed Form G-1450 to review in the future and for your records.

---

### Applicant's/Petitioner's/Requester's Information (Full Legal Name)

| Given Name (First Name) | Middle Name (if any) | Family Name (Last Name) |
|---|---|---|
| JANGMAN | | PARK |

### Credit Card Billing Information (Credit Card Holder's Name as it Appears on the Card)

| Given Name (First Name) | Middle Name (if any) | Family Name (Last Name) |
|---|---|---|
| JANGMAN | | PARK |

### Credit Card Holder's Billing Address:

| Street Number and Name | Apt. Ste. Flr. | Number |
|---|---|---|
| 2150 E LAKE COOK ROAD | ☐ ☒ ☐ | 170 |

| City or Town | State | ZIP Code |
|---|---|---|
| BUFFALO GROVE | IL | 60089 |

### Credit Card Holder's Signature and Contact Information:

Credit Card Holder's Signature

| Credit Card Holder's Daytime Telephone Number | Credit Card Holder's Email Address |
|---|---|
| 8479019155 | jangmanpark2@gmail.com |

### Credit Card Information

| Credit Card Number | Credit Card Type: | Authorized Payment Amount |
|---|---|---|
| 4246 3152 3454 3765 | ☒ Visa<br>☐ MasterCard<br>☐ American Express<br>☐ Discover | $ 1205 .00 |
| Credit Card Expiration Date (mm/yyyy)  08 / 2022 | | |

# e-Notification of Application/Petition Acceptance

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form G-1145**
OMB No. 1615-0109
Expires 09/30/2016

## What Is the Purpose of This Form?

Use this form to request an electronic notification (e-Notification) when U.S. Citizenship and Immigration Services accepts your immigration application. This service is available for applications filed at a USCIS Lockbox facility.

## General Information

Complete the information below and clip this form to the first page of your application package. You will receive one e-mail and/or text message for each form you are filing.

We will send the e-Notification within 24 hours after we accept your application. Domestic customers will receive an e-mail and/or text message; overseas customers will only receive an e-mail. Undeliverable e-Notifications cannot be resent.

The e-mail or text message will display your receipt number and tell you how to get updated case status information. It will not include any personal information. The e-Notification does not grant any type of status or benefit; rather it is provided as a convenience to customers.

USCIS will also mail you a receipt notice (I-797C), which you will receive within 10 days after your application has been accepted; use this notice as proof of your pending application or petition.

## USCIS Privacy Act Statement

**AUTHORITIES:** The information requested on this form is collected pursuant to section 103(a) of the Immigration and Nationality Act, as amended INA section 101, et seq.

**PURPOSE:** The primary purpose for providing the information on this form is to request an electronic notification when USCIS accepts immigration form. The information you provide will be used to send you a text and/or email message.

**DISCLOSURE:** The information you provide is voluntary. However, failure to provide the requested information may prevent USCIS from providing you a text and/or email message receipting your immigration form.

**ROUTINE USES:** The information provide on this form will be used by and disclosed to DHS personnel and contractors in accordance with approved routine uses, as described in the associated published system of records notices [**DHS-USCIS-007 - Benefits Information System and DHS-USCIS-001 - Alien File (A-File) and Central Index System (CIS)**, which can be found at **www.dhs.gov/privacy**]. The information may also be made available, as appropriate for law enforcement purposes or in the interest of national security.

## Paperwork Reduction Act

An agency may not conduct or sponsor an information collection and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. The public reporting burden for this collection of information is estimated at 3 minutes per response, including the time for reviewing instructions and completing and submitting the form. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: U.S. Citizenship and Immigration Services, Regulatory Coordination Division, Office of Policy and Strategy, 20 Massachusetts Avenue, NW, Washington, DC 20529-2140. OMB No. 1615-0109. **Do not mail your completed Form G-1145 to this address.**

---

### Complete this form and clip it on top of the first page of your immigration form(s).

| Applicant/Petitioner Full Last Name | Applicant/Petitioner Full First Name | Applicant/Petitioner Full Middle Name |
|---|---|---|
| Lim | Inae | |
| E-mail Address<br>JANGMANPARK@GMAIL.COM | | Mobile Phone Number (Text Message)<br>N/A |



# Notice of Entry of Appearance
## as Attorney or Accredited Representative
### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 03/31/2018

---

## Part 1.  Information About Attorney or Accredited Representative

**1.** USCIS ELIS Account Number (*if any*)

▶ ☐☐☐☐☐☐☐☐☐☐☐☐☐

### Name and Address of Attorney or Accredited Representative

**2.a.** Family Name *(Last Name)*  `PARK`

**2.b.** Given Name *(First Name)*  `JANGMAN`

**2.c.** Middle Name

**3.a.** Street Number and Name  `2150 E LAKE COOK RD`

**3.b.** Apt. ☐  Ste. ☒  Flr. ☐  `170`

**3.c.** City or Town  `BUFFALO GROVE`

**3.d.** State  `IL`    **3.e.** ZIP Code  `60089`

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country  `USA`

**4.** Daytime Telephone Number  `8479019155`

**5.** Fax Number  `8479019269`

**6.** E-Mail Address *(if any)*  `JANGMANPARK2@GMAIL.COM`

**7.** Mobile Telephone Number *(if any)*

## Part 2.  Notice of Appearance as Attorney or Accredited Representative

This appearance relates to immigration matters before *(Select **only one** box):*

**1.a.** ☒ USCIS

**1.b.** List the form numbers  `I-485 / I-765 / I-131`

**2.a.** ☐ ICE

**2.b.** List the specific matter in which appearance is entered

**3.a.** ☐ CBP

**3.b.** List the specific matter in which appearance is entered

I enter my appearance as attorney or accredited representative at the request of:

**4.** Select **only one** box:

☒ Applicant   ☐ Petitioner   ☐ Requestor
☐ Respondent (ICE, CBP)

### Information About Applicant, Petitioner, Requestor, or Respondent

**5.a.** Family Name *(Last Name)*  `LIM`

**5.b.** Given Name *(First Name)*  `INAE`

**5.c.** Middle Name

**6.** Name of Company or Organization *(if applicable)*



## Part 2. Notice of Appearance as Attorney or Accredited Representative *(continued)*

### Information About Applicant, Petitioner, Requestor, or Respondent *(continued)*

**7.** USCIS ELIS Account Number *(if any)*

▶ [ ]

**8.** Alien Registration Number (A-Number) or Receipt Number

[ ]

**9.** Daytime Telephone Number

[ ]

**10.** Mobile Telephone Number *(if any)*

[ ]

**11.** E-Mail Address *(if any)*

[ ]

### Mailing Address of Applicant, Petitioner, Requestor, or Respondent

**NOTE:** Provide the mailing address of the applicant, petitioner, requestor, or respondent. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application, petition, or request being filed with this Form G-28. ·

**12.a.** Street Number and Name [10414 MICHAEL TODD TER]

**12.b.** Apt. [X]  Ste. [ ]  Flr. [ ] [2N]

**12.c.** City or Town [GLENVIEW]

**12.d.** State [IL]  **12.e.** ZIP Code [60025]

**12.f.** Province [ ]

**12.g.** Postal Code [ ]

**12.h.** Country [USA]

## Part 3. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** [X] I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. *(If you need additional space, use Part 6.)*

Licensing Authority
[ILLINOIS SUPREME COURT]

**1.b.** Bar Number *(if applicable)*
[IL-6288494]

**1.c.** Name of Law Firm
[JP Law Group]

**1.d.** I *(choose one)* [X] am not [ ] am

subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. If you are subject to any orders, explain in the space below. *(If you need additional space, use Part 6.)*

[ ]

**2.a.** [ ] I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals, in accordance with 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

**2.b.** Name of Recognized Organization
[ ]

**2.c.** Date accreditation expires
*(mm/dd/yyyy)* ▶ [ ]



## Part 3. Eligibility Information for Attorney or Accredited Representative *(continued)*

3. ☐ I am associated with

_____ ,

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request.

**NOTE:** If you select this item, also complete **Item Numbers 1.a. - 1.b. or Item Numbers 2.a. - 2.c. in Part 3.** *(whichever is appropriate).*

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2)(iv).

4.b. Name of Law Student or Law Graduate

_____

## Part 4. Applicant, Petitioner, Requestor, or Respondent Consent to Representation, Contact Information, and Signature

### Consent to Representation and Release of Information

1. I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and DHS policy, I also consent to the disclosure to the named attorney or accredited representative of any record pertaining to me that appears in any system of records of USCIS, ICE or CBP.

   When you (the applicant, petitioner, requestor, or respondent) are represented, DHS will send notices to both you and your attorney or accredited representative either through mail or electronic delivery.

   DHS will also send the Form I-94, Arrival Departure Record, to you **unless** you select **Item Number 2.a.** in **Part 4.** All secure identity documents and Travel Documents will be sent to you (the applicant, petitioner, requestor, or respondent) at your U.S. mailing address **unless** you ask us to send your secure identity documents to your attorney of record or accredited representative.

If you do not want to receive original notices or secure identity documents directly, but would rather have such notices and documents sent to your attorney of record or accredited representative, please select **all applicable** boxes below:

2.a. ☐ I request DHS send any notice (including Form I-94) on an application, petition, or request to the U.S. business address of my attorney of record or accredited representative as listed in this form. I understand that I may change this election at any future date through written notice to DHS.

2.b. ☐ I request that DHS send any secure identity document, such as a Permanent Resident Card, Employment Authorization Document, or Travel Document, that I am approved to receive and authorized to possess, to the U.S. business address of my attorney of record or accredited representative as listed in this form or to a designated military or diplomatic address for pickup in a foreign country (if permitted). I consent to having my secure identity document sent to my attorney of record or accredited representative's U.S. business address and understand that I may request, at any future date and through written notice to DHS, that DHS send any secure identity document to me directly.

3.a. Signature of Applicant, Petitioner, Requestor, or Respondent



3.b. Date of Signature *(mm/dd/yyyy)* ▶ 07/02/2018

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. Signature of Attorney or Accredited Representative

2. Signature of Law Student or Law Graduate

3. Date of Signature *(mm/dd/yyyy)* ▶ 07/02/2018

## Part 6.  Additional Information

Use the space provided below to provide additional information pertaining to **Part 3., Item Numbers 1.a. - 1.d.** or to provide your U.S. business address for purposes of receiving secure identity documents for your client (if your client has consented to your receipt of such documents under **Part 4.**)



# Application to Register Permanent Residence
# or Adjust Status



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-485**
OMB No. 1615-0023
Expires 06/30/2019

## For USCIS Use Only

| | Receipt | Action Block |
|---|---|---|
| **Preference Category:** | | |
| **Country Chargeable:** | | |
| **Priority Date:** | | |
| **Date Form I-693 Received:** | | |

| | | Section of Law |
|---|---|---|
| ☐ Applicant Interviewed   ☐ Interview Waived | ☐ INA 209(a) | ☐ INA 249 |
| Date of Initial Interview: _____ | ☐ INA 209(b) | ☐ Sec. 13, Act of 9/11/57 |
| Lawful Permanent Resident as of: _____ | ☐ INA 245(a) | ☐ Cuban Adjustment Act |
| | ☐ INA 245(i) | ☐ Other _____ |
| | ☐ INA 245(m) | |

### To be completed by an attorney or accredited representative (if any).

| ☒ **Select this box if Form G-28 is attached.** | **Volag Number (if any)** | **Attorney State Bar Number (if applicable)** | **Attorney or Accredited Representative USCIS Online Account Number (if any)** |
|---|---|---|---|
| | | IL6288494 | |

▶ **START HERE - Type or print in black ink.**

A-Number ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, U.S. Citizenship and Immigration Services (USCIS) may deny your application.

### Part 1. Information About You (Person applying for lawful permanent residence)

#### *Your Current Legal Name (do not provide a nickname)*

| 1.a. | Family Name (Last Name) | LIM |
|---|---|---|
| 1.b. | Given Name (First Name) | INAE |
| 1.c. | Middle Name | |

#### *Other Names You Have Used Since Birth (if applicable)*

**NOTE:** Provide all other names you have ever used, including your family name at birth, other legal names, nicknames, aliases, and assumed names. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

| 2.a. | Family Name (Last Name) | |
|---|---|---|
| 2.b. | Given Name (First Name) | |
| 2.c. | Middle Name | |

| 3.a. | Family Name (Last Name) | |
|---|---|---|
| 3.b. | Given Name (First Name) | |
| 3.c. | Middle Name | |

| 4.a. | Family Name (Last Name) | |
|---|---|---|
| 4.b. | Given Name (First Name) | |
| 4.c. | Middle Name | |

#### *Other Information About You*

| 5. | Date of Birth (mm/dd/yyyy) | 03/19/1985 |
|---|---|---|

**NOTE:** In addition to providing your actual date of birth, include any other dates of birth you have used in connection with any legal names or non-legal names in the space provided in **Part 14. Additional Information.**

6. Sex   ☐ Male   ☒ Female

7. City or Town of Birth

SUNCHEON

A-Number ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

## Part 1. Information About You (Person applying for lawful permanent residence) (continued)

8. Country of Birth

SOUTH KOREA

9. Country of Citizenship or Nationality

SOUTH KOREA

10. Alien Registration Number (A-Number) (if any)

▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

**NOTE:** If you have **EVER** used other A-Numbers, include the additional A-Numbers in the space provided in **Part 14. Additional Information.**

11. USCIS Online Account Number (if any)

▶

12. U.S. Social Security Number (if any)

▶

## U.S. Mailing Address

13.a. In Care Of Name (if any)

13.b. Street Number and Name

10414 MICHAEL TODD TER

13.c. [X] Apt. [ ] Ste. [ ] Flr.   2N

13.d. City or Town   GLENVIEW

13.e. State   IL   13.f. ZIP Code   60025

*(USPS ZIP Code Lookup)*

## Alternate and/or Safe Mailing Address

If you are applying based on the Violence Against Women Act (VAWA) or as a special immigrant juvenile, human trafficking victim (T nonimmigrant), or victim of a qualifying crime (U nonimmigrant) and you do not want USCIS to send notices about this application to your home, you may provide an alternative and/or safe mailing address.

14.a. In Care Of Name (if any)

14.b. Street Number and Name

14.c. [ ] Apt. [ ] Ste. [ ] Flr.

14.d. City or Town

14.e. State          14.f. ZIP Code

## Recent Immigration History

Provide the information for **Item Numbers 15. - 19.** if you last entered the United States using a passport or travel document.

15. Passport Number Used at Last Arrival

GK1661819

16. Travel Document Number Used at Last Arrival

17. Expiration Date of this Passport or Travel Document (mm/dd/yyyy)   11/18/2015

18. Country that Issued this Passport or Travel Document

SOUTH KOREA

19. Nonimmigrant Visa Number from this Passport (if any)

93363962

Place of Last Arrival into the United States

20.a. City or Town

CHICAGO

20.b. State   IL

21. Date of Last Arrival (mm/dd/yyyy)   12/17/2007

When I last arrived in the United States, I:

22.a. [X] Was inspected at a port of entry and admitted as (for example, exchange visitor; visitor, waived through; temporary worker; student):

STUDENT

22.b. [ ] Was inspected at a port of entry and paroled as (for example, humanitarian parole, Cuban parole):

22.c. [ ] Came into the United States without admission or parole.

22.d. [ ] Other:

If you were issued a Form I-94 Arrival-Departure Record Number:

23.a. Form I-94 Arrival-Departure Record Number

▶ | 5 | 1 | 3 | 5 | 0 | 1 | 6 | 0 | 7 | 1 | 6 |

23.b. Expiration Date of Authorized Stay Shown on Form I-94 (mm/dd/yyyy)   D/S

23.c. Status on Form I-94 (for example, class of admission, or paroled, if paroled)

F - 1

A-Number ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

## Part 1. Information About You (Person applying for lawful permanent residence) (continued)

**24.** What is your current immigration status (if it has changed since your arrival)?

Provide your name exactly as it appears on your Form I-94 (if any)

**25.a.** Family Name (Last Name) `LIM`

**25.b.** Given Name (First Name) `INAE`

**25.c.** Middle Name

## Part 2. Application Type or Filing Category

**NOTE:** Attach a copy of the Form I-797 receipt or approval notice for the underlying petition or application, as appropriate.

**I am applying** to register lawful permanent residence or adjust status to that of a lawful permanent resident based on the following immigrant category (select **only one** box). (See the Form I-485 Instructions for more information, including any **Additional Instructions** that relate to the immigrant category you select.):

**1.a. Family-based**

☐ Immediate relative of a U.S. citizen, Form I-130

☐ Other relative of a U.S. citizen or relative of a lawful permanent resident under the family-based preference categories, Form I-130

☐ Person admitted to the United States as a fiancé(e) or child of a fiancé(e) of a U.S. citizen, Form I-129F (K-1/K-2 Nonimmigrant)

☐ Widow or widower of a U.S. citizen, Form I-360

☐ VAWA self-petitioner, Form I-360

**1.b. Employment-based**

☒ Alien worker, Form I-140

☐ Alien entrepreneur, Form I-526

**1.c. Special Immigrant**

☐ Religious worker, Form I-360

☐ Special immigrant juvenile, Form I-360

☐ Certain Afghan or Iraqi national, Form I-360

☐ Certain international broadcaster, Form I-360

☐ Certain G-4 international organization or family member or NATO-6 employee or family member, Form I-360

**1.d. Asylee or Refugee**

☐ Asylum status (INA section 208), Form I-589 or Form I-730

☐ Refugee status (INA section 207), Form I-590 or Form I-730

**1.e. Human Trafficking Victim or Crime Victim**

☐ Human trafficking victim (T Nonimmigrant), Form I-914 or derivative family member, Form I-914A

☐ Crime victim (U Nonimmigrant), Form I-918, derivative family member, Form I-918A, or qualifying family member, Form I-929

**1.f. Special Programs Based on Certain Public Laws**

☐ The Cuban Adjustment Act

☐ The Cuban Adjustment Act for battered spouses and children

☐ Dependent status under the Haitian Refugee Immigrant Fairness Act

☐ Dependent status under the Haitian Refugee Immigrant Fairness Act for battered spouses and children

☐ Lautenberg Parolees

☐ Diplomats or high ranking officials unable to return home (Section 13 of the Act of September 11, 1957)

☐ Indochinese Parole Adjustment Act of 2000

**1.g. Additional Options**

☐ Diversity Visa program

☐ Continuous residence in the United States since before January 1, 1972 ("Registry")

☐ Individual born in the United States under diplomatic status

☐ Other eligibility

**2.** Are you applying for adjustment based on the Immigration and Nationality Act (INA) section 245(i)?

☐ Yes  ☒ No

**NOTE:** If you answered "Yes" to **Item Number 2.**, you must have selected a family-based, employment-based, special immigrant, or Diversity Visa immigrant category listed above in **Item Numbers 1.a. - 1.g.** as the basis for your application for adjustment of status. Fill out the rest of this application **and** Supplement A to Form I-485, Adjustment of Status Under Section 245(i) (Supplement A). For detailed filing instructions, read the Form I-485 Instructions (including any **Additional Instructions** that relate to the immigrant category that you selected in **Item Numbers 1.a. - 1.g.**) and Supplement A Instructions.

A-Number ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

## Part 2.  Application Type or Filing Category (continued)

### Information About Your Immigrant Category

If you are the **principal applicant**, provide the following information.

**3.**  Receipt Number of Underlying Petition (if any)

LIN1817050107

**4.**  Priority Date from Underlying Petition (if any)
(mm/dd/yyyy)

11/03/2017

If you are a **derivative applicant** (the spouse or unmarried child under 21 years of age of a principal applicant), provide the following information for the **principal applicant.**

Principal Applicant's Name

**5.a.**  Family Name (Last Name)

**5.b.**  Given Name (First Name)

**5.c.**  Middle Name

**6.**  Principal Applicant's A-Number (if any)
▶ A-

**7.**  Principal Applicant's Date of Birth (mm/dd/yyyy)

**8.**  Receipt Number of Principal's Underlying Petition (if any)
▶

**9.**  Priority Date of Principal Applicant's Underlying Petition (if any) (mm/dd/yyyy)

## Part 3.  Additional Information About You

**1.**  Have you ever applied for an immigrant visa to obtain permanent resident status at a U.S. Embassy or U.S. Consulate abroad?    ☐ Yes  ☒ No

If you answered "Yes" to **Item Number 1.**, complete **Item Numbers 2.a. - 4.** below. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

Location of U.S. Embassy or U.S. Consulate

**2.a.**  City

**2.b.**  Country

**3.**  Decision (for example, approved, refused, denied, withdrawn)

**4.**  Date of Decision (mm/dd/yyyy)

### Address History

Provide physical addresses for everywhere you have lived during the last five years, whether inside or outside the United States. Provide your current address first. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

Physical Address 1 (current address)

**5.a.**  Street Number and Name

10414 MICHAEL TODD TER

**5.b.**  ☒ Apt.  ☐ Ste.  ☐ Flr.   2N

**5.c.**  City or Town   GLENVIEW

**5.d.**  State  IL   **5.e.**  ZIP Code  60025

**5.f.**  Province

**5.g.**  Postal Code

**5.h.**  Country
USA

Dates of Residence

**6.a.**  From (mm/dd/yyyy)   03/01/2018

**6.b.**  To (mm/dd/yyyy)   Present

Physical Address 2

**7.a.**  Street Number and Name   8706 N ELMORE ST

**7.b.**  ☒ Apt.  ☐ Ste.  ☐ Flr.   1G

**7.c.**  City or Town   NILES

**7.d.**  State  IL   **7.e.**  ZIP Code  60714

**7.f.**  Province

**7.g.**  Postal Code

**7.h.**  Country
USA

A-Number ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

## Part 3.  Additional Information About You (continued)

Dates of Residence

**8.a.**   From (mm/dd/yyyy)     `07/01/2012`

**8.b.**   To (mm/dd/yyyy)     `02/28/2018`

Provide your most recent address outside the United States where you lived for more than one year (if not already listed above).

**9.a.**   Street Number and Name     `512 8 ANYANG6DONG MANANGU`

**9.b.**   ☐ Apt. ☐ Ste. ☐ Flr. [            ]

**9.c.**   City or Town     `ANYANGSI`

**9.d.**   State [       ]   **9.e.**   ZIP Code [            ]

**9.f.**   Province     `KYUNGGIDO`

**9.g.**   Postal Code [            ]

**9.h.**   Country

`SOUTH KOREA`

Dates of Residence

**10.a.**   From (mm/dd/yyyy)     `03/01/2005`

**10.b.**   To (mm/dd/yyyy)     `12/16/2007`

### Employment History

Provide your employment history for the last five years, whether inside or outside the United States.  Provide the most recent employment first.  If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

Employer 1 (current or most recent)

**11.**   Name of Employer or Company

`UNEMPLOYED`

Address of Employer or Company

**12.a.**   Street Number and Name [            ]

**12.b.**   ☐ Apt. ☐ Ste. ☐ Flr. [            ]

**12.c.**   City or Town [            ]

**12.d.**   State [       ]   **12.e.**   ZIP Code [            ]

**12.f.**   Province [            ]

**12.g.**   Postal Code [            ]

**12.h.**   Country

[            ]

**13.**   Your Occupation

[            ]

Dates of Employment

**14.a.**   From (mm/dd/yyyy)     [            ]

**14.b.**   To (mm/dd/yyyy)     [            ]

Employer 2

**15.**   Name of Employer or Company

[            ]

Address of Employer or Company

**16.a.**   Street Number and Name [            ]

**16.b.**   ☐ Apt. ☐ Ste. ☐ Flr. [            ]

**16.c.**   City or Town [            ]

**16.d.**   State [       ]   **16.e.**   ZIP Code [            ]

**16.f.**   Province [            ]

**16.g.**   Postal Code [            ]

**16.h.**   Country

[            ]

**17.**   Your Occupation

[            ]

Dates of Employment

**18.a.**   From (mm/dd/yyyy)     [            ]

**18.b.**   To (mm/dd/yyyy)     [            ]

A-Number ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

### Part 3. Additional Information About You (continued)

Provide your most recent employment outside of the United States (if not already listed above).

**19.** Name of Employer or Company

JEJU-BADANG

Address of Employer or Company

**20.a.** Street Number and Name  14GIL 6-1, SINMOK-RO, Yongchun-Gu

**20.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**20.c.** City or Town  SEOUL

**20.d.** State

**20.e.** ZIP Code

**20.f.** Province

**20.g.** Postal Code

**20.h.** Country  SOUTH KOREA

**21.** Your Occupation  JAPANESE CHEF

Dates of Employment

**22.a.** From (mm/dd/yyyy)  07/01/2004

**22.b.** To (mm/dd/yyyy)  09/10/2006

### Part 4. Information About Your Parents

*Information About Your Parent 1*

Parent 1's Legal Name

**1.a.** Family Name (Last Name)  LIM

**1.b.** Given Name (First Name)  CHAEGON

**1.c.** Middle Name

Parent 1's Name at Birth (if different than above)

**2.a.** Family Name (Last Name)

**2.b.** Given Name (First Name)

**2.c.** Middle Name

**3.** Date of Birth (mm/dd/yyyy)  05/20/1956

**4.** Sex  ☒ Male  ☐ Female

**5.** City or Town of Birth  YEOSU

**6.** Country of Birth  SOUTH KOREA

**7.** Current City or Town of Residence (if living)  SUWON

**8.** Current Country of Residence (if living)  SOUTH KOREA

*Information About Your Parent 2*

Parent 2's Legal Name

**9.a.** Family Name (Last Name)  JUNG

**9.b.** Given Name (First Name)  SINJA

**9.c.** Middle Name

Parent 2's Name at Birth (if different than above)

**10.a.** Family Name (Last Name)

**10.b.** Given Name (First Name)

**10.c.** Middle Name

**11.** Date of Birth (mm/dd/yyyy)  06/06/1962

**12.** Sex  ☐ Male  ☒ Female

**13.** City or Town of Birth  BULKYO

**14.** Country of Birth  SOUTH KOREA

**15.** Current City or Town of Residence (if living)  SUWON

**16.** Current Country of Residence (if living)  SOUTH KOREA

A-Number ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

## Part 5.  Information About Your Marital History

1.  What is your current marital status?

    [X] Single, Never Married   [ ] Married   [ ] Divorced
    [ ] Widowed   [ ] Marriage Annulled
    [ ] Legally Separated

2.  If you are married, is your spouse a current member of the U.S. armed forces or U.S. Coast Guard?

    [X] N/A   [ ] Yes   [ ] No

3.  How many times have you been married (including annulled marriages and marriages to the same person)?

    0

### Information About Your Current Marriage (including if you are legally separated)

If you are currently married, provide the following information about your current spouse.

Current Spouse's Legal Name

4.a.  Family Name (Last Name)

4.b.  Given Name (First Name)

4.c.  Middle Name

5.  A-Number (if any)

    ▶ A-

6.  Current Spouse's Date of Birth (mm/dd/yyyy)

7.  Date of Marriage to Current Spouse (mm/dd/yyyy)

Current Spouse's Place of Birth

8.a.  City or Town

8.b.  State or Province

8.c.  Country

Place of Marriage to Current Spouse

9.a.  City or Town

9.b.  State or Province

9.c.  Country

10.  Is your current spouse applying with you?

    [ ] Yes   [ ] No

### Information About Prior Marriages (if any)

If you have been married before, whether in the United States or in any other country, provide the following information about your prior spouse.  If you have had more than one previous marriage, use the space provided in **Part 14. Additional Information** to provide the information below.

Prior Spouse's Legal Name (provide family name before marriage)

11.a.  Family Name (Last Name)

11.b.  Given Name (First Name)

11.c.  Middle Name

12.  Prior Spouse's Date of Birth (mm/dd/yyyy)

13.  Date of Marriage to Prior Spouse (mm/dd/yyyy)

Place of Marriage to Prior Spouse

14.a.  City or Town

14.b.  State or Province

14.c.  Country

15.  Date Marriage with Prior Spouse Legally Ended (mm/dd/yyyy)

A-Number ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

## Part 5. Information About Your Marital History (continued)

Place Where Marriage with Prior Spouse Legally Ended

**16.a.** City or Town

**16.b.** State or Province

**16.c.** Country

## Part 6. Information About Your Children

**1.** Indicate the total number of ALL living children (including adult sons and daughters) that you have.

**NOTE:** The term "children" includes all biological or legally adopted children, as well as current stepchildren, of any age, whether born in the United States or other countries, married or unmarried, living with you or elsewhere and includes any missing children and those born to you outside of marriage.  [ 0 ]

Provide the following information for each of your children. If you have more than three children, use the space provided in **Part 14. Additional Information.**

Child 1

Current Legal Name

**2.a.** Family Name (Last Name)

**2.b.** Given Name (First Name)

**2.c.** Middle Name

**3.** A-Number (if any)   ▶ A-

**4.** Date of Birth (mm/dd/yyyy)

**5.** Country of Birth

**6.** Is this child applying with you?   ☐ Yes  ☐ No

Child 2

Current Legal Name

**7.a.** Family Name (Last Name)

**7.b.** Given Name (First Name)

**7.c.** Middle Name

**8.** A-Number (if any)   ▶ A-

**9.** Date of Birth (mm/dd/yyyy)

**10.** Country of Birth

**11.** Is this child applying with you?   ☐ Yes  ☐ No

Child 3

Current Legal Name

**12.a.** Family Name (Last Name)

**12.b.** Given Name (First Name)

**12.c.** Middle Name

**13.** A-Number (if any)   ▶ A-

**14.** Date of Birth (mm/dd/yyyy)

**15.** Country of Birth

**16.** Is this child applying with you?   ☐ Yes  ☐ No

## Part 7. Biographic Information

**1.** Ethnicity (Select **only one** box)
- ☐ Hispanic or Latino
- ☒ Not Hispanic or Latino

**2.** Race (Select **all applicable** boxes)
- ☐ White
- ☒ Asian
- ☐ Black or African American
- ☐ American Indian or Alaska Native
- ☐ Native Hawaiian or Other Pacific Islander

A-Number ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

## Part 7. Biographic Information (continued)

3. Height      Feet **5**    Inches **2**

4. Weight      Pounds **1** **2** **5**

5. Eye Color (Select **only one** box)

☐ Black    ☐ Blue    ☒ Brown
☐ Gray    ☐ Green    ☐ Hazel
☐ Maroon    ☐ Pink    ☐ Unknown/Other

6. Hair Color (Select **only one** box)

☐ Bald (No hair)    ☐ Black    ☐ Blond
☒ Brown    ☐ Gray    ☐ Red
☐ Sandy    ☐ White    ☐ Unknown/Other

## Part 8. General Eligibility and Inadmissibility Grounds

1. Have you **EVER** been a member of, involved in, or in any way associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other location in the world including any military service?    ☐ Yes   ☒ No

If you answered "Yes" to **Item Number 1.**, complete **Item Numbers 2. - 13.b.** below. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.** If you answered "No," but are unsure of your answer, provide an explanation of the events and circumstances in the space provided in **Part 14. Additional Information.**

Organization 1

2. Name of Organization

3.a. City or Town

3.b. State or Province

3.c. Country

4. Nature of Group

Dates of Membership or Dates of Involvement

5.a. From (mm/dd/yyyy)

5.b. To (mm/dd/yyyy)

Organization 2

6. Name of Organization

7.a. City or Town

7.b. State or Province

7.c. Country

8. Nature of Group

Dates of Membership or Dates of Involvement

9.a. From (mm/dd/yyyy)

9.b. To (mm/dd/yyyy)

Organization 3

10. Name of Organization

11.a. City or Town

11.b. State or Province

11.c. Country

12. Nature of Group

Dates of Membership or Dates of Involvement

13.a. From (mm/dd/yyyy)

13.b. To (mm/dd/yyyy)

A-Number ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

Answer **Item Numbers 14. - 80.b.** Choose the answer that you think is correct. If you answer "Yes" to any questions (**or if you answer "No," but are unsure of your answer**), provide an explanation of the events and circumstances in the space provided in **Part 14. Additional Information**.

14. Have you **EVER** been denied admission to the United States? ☐ Yes ☒ No

15. Have you **EVER** been denied a visa to the United States? ☐ Yes ☒ No

16. Have you **EVER** worked in the United States without authorization? ☐ Yes ☒ No

17. Have you **EVER** violated the terms or conditions of your nonimmigrant status? ☐ Yes ☒ No

18. Are you presently or have you **EVER** been in removal, exclusion, rescission, or deportation proceedings? ☐ Yes ☒ No

19. Have you **EVER** been issued a final order of exclusion, deportation, or removal? ☐ Yes ☒ No

20. Have you **EVER** had a prior final order of exclusion, deportation, or removal reinstated? ☐ Yes ☒ No

21. Have you **EVER** held lawful permanent resident status which was later rescinded? ☐ Yes ☒ No

22. Have you **EVER** been granted voluntary departure by an immigration officer or an immigration judge but failed to depart within the allotted time? ☐ Yes ☒ No

23. Have you **EVER** applied for any kind of relief or protection from removal, exclusion, or deportation? ☐ Yes ☒ No

24.a. Have you **EVER** been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement? ☐ Yes ☒ No

If you answered "Yes" to **Item Number 24.a.**, complete **Item Numbers 24.b. - 24.c.** If you answered "No" to **Item Number 24.a.**, skip to **Item Number 25.**

24.b. Have you complied with the foreign residence requirement? ☐ Yes ☐ No

24.c. Have you been granted a waiver or has Department of State issued a favorable waiver recommendation letter for you? ☐ Yes ☐ No

## Criminal Acts and Violations

For **Item Numbers 25. - 45.**, you must answer "Yes" to any question that applies to you, even if your records were sealed or otherwise cleared, or even if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record. You must also answer "Yes" to the following questions whether the action or offense occurred here in the United States or anywhere else in the world. If you answer "Yes" to **Item Numbers 25. - 45.**, use the space provided in **Part 14. Additional Information** to provide an explanation that includes why you were arrested, cited, detained, or charged; where you were arrested, cited, detained, or charged; when (date) the event occurred; and the outcome or disposition (for example, no charges filed, charges dismissed, jail, probation, community service).

25. Have you **EVER** been arrested, cited, charged, or detained for any reason by any law enforcement official (including but not limited to any U.S. immigration official or any official of the U.S. armed forces or U.S. Coast Guard)? ☐ Yes ☒ No

26. Have you **EVER** committed a crime of any kind (even if you were not arrested, cited, charged with, or tried for that crime)? ☐ Yes ☒ No

27. Have you **EVER** pled guilty to or been convicted of a crime or offense (even if the violation was subsequently expunged or sealed by a court, or if you were granted a pardon, amnesty, a rehabilitation decree, or other act of clemency)? ☐ Yes ☒ No

**NOTE:** If you were the beneficiary of a pardon, amnesty, a rehabilitation decree, or other act of clemency, provide documentation of that post-conviction action.

28. Have you **EVER** been ordered punished by a judge or had conditions imposed on you that restrained your liberty (such as a prison sentence, suspended sentence, house arrest, parole, alternative sentencing, drug or alcohol treatment, rehabilitative programs or classes, probation, or community service)? ☐ Yes ☒ No

29. Have you **EVER** been a defendant or the accused in a criminal proceeding (including pre-trial diversion, deferred prosecution, deferred adjudication, or any withheld adjudication)? ☐ Yes ☒ No

30. Have you **EVER** violated (or attempted or conspired to violate) any controlled substance law or regulation of a state, the United States, or a foreign country? ☐ Yes ☒ No

A-Number ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

**31.** Have you **EVER** been convicted of two or more offenses (other than purely political offenses) for which the combined sentences to confinement were five years or more? ☐ Yes ☒ No

**32.** Have you **EVER** illicitly (illegally) trafficked or benefited from the trafficking of any controlled substances, such as chemicals, illegal drugs, or narcotics? ☐ Yes ☒ No

**33.** Have you **EVER** knowingly aided, abetted, assisted, conspired, or colluded in the illicit trafficking of any illegal narcotic or other controlled substances? ☐ Yes ☒ No

**34.** Are you the spouse, son, or daughter of a foreign national who illicitly trafficked or aided (or otherwise abetted, assisted, conspired, or colluded) in the illicit trafficking of a controlled substance, such as chemicals, illegal drugs, or narcotics and you obtained, within the last five years, any financial or other benefit from the illegal activity of your spouse or parent, although you knew or reasonably should have known that the financial or other benefit resulted from the illicit activity of your spouse or parent? ☐ Yes ☒ No

**35.** Have you **EVER** engaged in prostitution or are you coming to the United States to engage in prostitution? ☐ Yes ☒ No

**36.** Have you **EVER** directly or indirectly procured (or attempted to procure) or imported prostitutes or persons for the purpose of prostitution? ☐ Yes ☒ No

**37.** Have you **EVER** received any proceeds or money from prostitution? ☐ Yes ☒ No

**38.** Do you intend to engage in illegal gambling or any other form of commercialized vice, such as prostitution, bootlegging, or the sale of child pornography, while in the United States? ☐ Yes ☒ No

**39.** Have you **EVER** exercised immunity (diplomatic or otherwise) to avoid being prosecuted for a criminal offense in the United States? ☐ Yes ☒ No

**40.** Have you **EVER**, while serving as a foreign government official, been responsible for or directly carried out violations of religious freedoms? ☐ Yes ☒ No

**41.** Have you **EVER** induced by force, fraud, or coercion (or otherwise been involved in) the trafficking of persons for commercial sex acts? ☐ Yes ☒ No

**42.** Have you **EVER** trafficked a person into involuntary servitude, peonage, debt bondage, or slavery? Trafficking includes recruiting, harboring, transporting, providing, or obtaining a person for labor or services through the use of force, fraud, or coercion. ☐ Yes ☒ No

**43.** Have you **EVER** knowingly aided, abetted, assisted, conspired, or colluded with others in trafficking persons for commercial sex acts or involuntary servitude, peonage, debt bondage, or slavery? ☐ Yes ☒ No

**44.** Are you the spouse, son or daughter of a foreign national who engaged in the trafficking of persons and have received or obtained, within the last five years, any financial or other benefits from the illicit activity of your spouse or your parent, although you knew or reasonably should have known that this benefit resulted from the illicit activity of your spouse or parent? ☐ Yes ☒ No

**45.** Have you **EVER** engaged in money laundering or have you **EVER** knowingly aided, assisted, conspired, or colluded with others in money laundering or do you seek to enter the United States to engage in such activity? ☐ Yes ☒ No

### Security and Related

Do you intend to:

**46.a.** Engage in any activity that violates or evades any law relating to espionage (including spying) or sabotage in the United States? ☐ Yes ☒ No

**46.b.** Engage in any activity in the United States that violates or evades any law prohibiting the export from the United States of goods, technology, or sensitive information? ☐ Yes ☒ No

**46.c.** Engage in any activity whose purpose includes opposing, controlling, or overthrowing the U.S. Government by force, violence, or other unlawful means while in the United States? ☐ Yes ☒ No

**46.d.** Engage in any activity that could endanger the welfare, safety, or security of the United States? ☐ Yes ☒ No

**46.e.** Engage in any other unlawful activity? ☐ Yes ☒ No

**47.** Are you engaged in or, upon your entry into the United States, do you intend to engage in any activity that could have potentially serious adverse foreign policy consequences for the United States? ☐ Yes ☒ No

A-Number ► A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

Have you **EVER**:

**48.a.** Committed, threatened to commit, attempted to commit, conspired to commit, incited, endorsed, advocated, planned, or prepared any of the following: hijacking, sabotage, kidnapping, political assassination, or use of a weapon or explosive to harm another individual or cause substantial damage to property? ☐ Yes ☒ No

**48.b.** Participated in, or been a member of, a group or organization that did any of the activities described in **Item Number 48.a.?** ☐ Yes ☒ No

**48.c.** Recruited members or asked for money or things of value for a group or organization that did any of the activities described in **Item Number 48.a.?** ☐ Yes ☒ No

**48.d.** Provided money, a thing of value, services or labor, or any other assistance or support for any of the activities described in **Item Number 48.a.?** ☐ Yes ☒ No

**48.e.** Provided money, a thing of value, services or labor, or any other assistance or support for an individual, group, or organization who did any of the activities described in **Item Number 48.a.?** ☐ Yes ☒ No

**49.** Have you **EVER** received any type of military, paramilitary, or weapons training? ☐ Yes ☒ No

**50.** Do you intend to engage in any of the activities listed in any part of **Item Numbers 48.a. - 49.?** ☐ Yes ☒ No

**NOTE:** If you answered "Yes" to any part of **Item Numbers 46.a. - 50.**, explain what you did, including the dates and location of the circumstances, or what you intend to do in the space provided in **Part 14. Additional Information.**

Are you the spouse or child of an individual who **EVER**:

**51.a.** Committed, threatened to commit, attempted to commit, conspired to commit, incited, endorsed, advocated, planned, or prepared any of the following: hijacking, sabotage, kidnapping, political assassination, or use of a weapon or explosive to harm another individual or cause substantial damage to property? ☐ Yes ☒ No

**51.b.** Participated in, or been a member or a representative of, a group or organization that did any of the activities described in **Item Number 51.a.?** ☐ Yes ☒ No

**51.c.** Recruited members, or asked for money or things of value, for a group or organization that did any of the activities described in **Item Number 51.a.?** ☐ Yes ☒ No

**51.d.** Provided money, a thing of value, services or labor, or any other assistance or support for any of the activities described in **Item Number 51.a.?** ☐ Yes ☒ No

**51.e.** Provided money, a thing of value, services or labor, or any other assistance or support to an individual, group, or organization who did any of the activities described in **Item Number 51.a.?** ☐ Yes ☒ No

**51.f.** Received any type of military, paramilitary, or weapons training from a group or organization that did any of the activities described in **Item Number 51.a.?** ☐ Yes ☒ No

**NOTE:** If you answered "Yes" to any part of **Item Number 51.**, explain the relationship and what occurred, including the dates and location of the circumstances, in the space provided in **Part 14. Additional Information.**

**52.** Have you **EVER** assisted or participated in selling, providing, or transporting weapons to any person who, to your knowledge, used them against another person? ☐ Yes ☒ No

**53.** Have you **EVER** worked, volunteered, or otherwise served in any prison, jail, prison camp, detention facility, labor camp, or any other situation that involved detaining persons? ☐ Yes ☒ No

**54.** Have you **EVER** been a member of, assisted, or participated in any group, unit, or organization of any kind in which you or other persons used any type of weapon against any person or threatened to do so? ☐ Yes ☒ No

**55.** Have you **EVER** served in, been a member of, assisted, or participated in any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, rebel group, guerilla group, militia, insurgent organization, or any other armed group? ☐ Yes ☒ No

**56.** Have you **EVER** been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party (in the United States or abroad)? ☐ Yes ☒ No

**57.** During the period from March 23, 1933 to May 8, 1945, did you ever order, incite, assist, or otherwise participate in the persecution of any person because of race, religion, national origin, or political opinion, in association with either the Nazi government of Germany or any organization or government associated or allied with the Nazi government of Germany? ☐ Yes ☒ No

A-Number ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

Have you **EVER** ordered, incited, called for, committed, assisted, helped with, or otherwise participated in any of the following:

**58.a.** Acts involving torture or genocide?  ☐ Yes  ☒ No

**58.b.** Killing any person?  ☐ Yes  ☒ No

**58.c.** Intentionally and severely injuring any person?  ☐ Yes  ☒ No

**58.d.** Engaging in any kind of sexual contact or relations with any person who did not consent or was unable to consent, or was being forced or threatened?  ☐ Yes  ☒ No

**58.e.** Limiting or denying any person's ability to exercise religious beliefs?  ☐ Yes  ☒ No

**59.** Have you **EVER** recruited, enlisted, conscripted, or used any person under 15 years of age to serve in or help an armed force or group?  ☐ Yes  ☒ No

**60.** Have you **EVER** used any person under 15 years of age to take part in hostilities, or to help or provide services to people in combat?  ☐ Yes  ☒ No

**NOTE:** If you answered "Yes" to any part of **Item Numbers 52. - 60.**, explain what occurred, including the dates and location of the circumstances, in the space provided in **Part 14. Additional Information.**

### Public Assistance

**61.** Have you received public assistance in the United States from any source, including the U.S. Government or any state, county, city, or municipality (other than emergency medical treatment)?  ☐ Yes  ☒ No

**62.** Are you likely to receive public assistance in the future in the United States from any source, including the U.S. Government or any state, county, city, or municipality (other than emergency medical treatment)?  ☐ Yes  ☒ No

### Illegal Entries and Other Immigration Violations

**63.a.** Have you **EVER** failed or refused to attend or to remain in attendance at any removal proceeding filed against you on or after April 1, 1997?  ☐ Yes  ☒ No

**63.b.** If your answer to **Item Number 63.a.** is "Yes," do you believe you had reasonable cause?  ☐ Yes  ☐ No

**63.c.** If your answer to **Item Number 63.b.** is "Yes," attach a written statement explaining why you had reasonable cause.

**64.** Have you **EVER** submitted fraudulent or counterfeit documentation to any U.S. Government official to obtain or attempt to obtain any immigration benefit, including a visa or entry into the United States?  ☐ Yes  ☒ No

**65.** Have you **EVER** lied about, concealed, or misrepresented any information on an application or petition to obtain a visa, other documentation required for entry into the United States, admission to the United States, or any other kind of immigration benefit?  ☐ Yes  ☒ No

**66.** Have you **EVER** falsely claimed to be a U.S. citizen (in writing or any other way)?  ☐ Yes  ☒ No

**67.** Have you **EVER** been a stowaway on a vessel or aircraft arriving in the United States?  ☐ Yes  ☒ No

**68.** Have you **EVER** knowingly encouraged, induced, assisted, abetted, or aided any foreign national to enter or to try to enter the United States illegally (alien smuggling)?  ☐ Yes  ☒ No

**69.** Are you under a final order of civil penalty for violating INA section 274C for use of fraudulent documents?  ☐ Yes  ☒ No

### Removal, Unlawful Presence, or Illegal Reentry After Previous Immigration Violations

**70.** Have you **EVER** been excluded, deported, or removed from the United States or have you ever departed the United States on your own after having been ordered excluded, deported, or removed from the United States?  ☐ Yes  ☒ No

**71.** Have you **EVER** entered the United States without being inspected and admitted or paroled?  ☐ Yes  ☒ No

Since April 1, 1997, have you been unlawfully present in the United States:

**72.a.** For more than 180 days but less than a year, and then departed the United States?  ☐ Yes  ☒ No

**72.b.** For one year or more and then departed the United States?  ☐ Yes  ☒ No

**NOTE:** You were unlawfully present in the United States if you entered the United States without being inspected and admitted or inspected and paroled, or if you legally entered the United States but you stayed longer than permitted.

A-Number ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

Since April 1, 1997, have you **EVER** reentered or attempted to reenter the United States without being inspected and admitted or paroled after:

**73.a.** Having been unlawfully present in the United States for more than one year in the aggregate?  ☐ Yes  ☒ No

**73.b.** Having been deported, excluded, or removed from the United States?  ☐ Yes  ☒ No

### Miscellaneous Conduct

**74.** Do you plan to practice polygamy in the United States?  ☐ Yes  ☒ No

**75.** Are you accompanying another foreign national who requires your protection or guardianship but who is inadmissible after being certified by a medical officer as being helpless from sickness, physical or mental disability, or infancy, as described in INA section 232(c)?  ☐ Yes  ☒ No

**76.** Have you **EVER** assisted in detaining, retaining, or withholding custody of a U.S. citizen child outside the United States from a U.S. citizen who has been granted custody of the child?  ☐ Yes  ☒ No

**77.** Have you **EVER** voted in violation of any Federal, state, or local constitutional provision, statute, ordinance, or regulation in the United States?  ☐ Yes  ☒ No

**78.** Have you **EVER** renounced U.S. citizenship to avoid being taxed by the United States?  ☐ Yes  ☒ No

Have you **EVER**:

**79.a.** Applied for exemption or discharge from training or service in the U.S. armed forces or in the U.S. National Security Training Corps on the ground that you are a foreign national?  ☐ Yes  ☒ No

**79.b.** Been relieved or discharged from such training or service on the ground that you are a foreign national?  ☐ Yes  ☒ No

**79.c.** Been convicted of desertion from the U.S. armed forces?  ☐ Yes  ☒ No

**80.a.** Have you **EVER** left or remained outside the United States to avoid or evade training or service in the U.S. armed forces in time of war or a period declared by the President to be a national emergency?  ☐ Yes  ☒ No

**80.b.** If your answer to Item Number 80.a. is "Yes," what was your nationality or immigration status immediately before you left (for example, U.S. citizen or national, lawful permanent resident, nonimmigrant, parolee, present without admission or parole, or any other status)?

|  |
|---|

## Part 9. Accommodations for Individuals With Disabilities and/or Impairments

**NOTE:** Read the information in the Form I-485 Instructions before completing this part.

**1.** Are you requesting an accommodation because of your disabilities and/or impairments?  ☐ Yes  ☒ No

If you answered "Yes" to **Item Number 1.**, select any applicable box in **Item Numbers 2.a. - 2.c.** and provide an answer.

**2.a.** ☐ I am deaf or hard of hearing and request the following accommodation. (If you are requesting a sign-language interpreter, indicate for which language (for example, American Sign Language).):

_____

_____

**2.b.** ☐ I am blind or have low vision and request the following accommodation:

_____

_____

**2.c.** ☐ I have another type of disability and/or impairment. (Describe the nature of your disability and/or impairment and the accommodation you are requesting.)

_____

_____

A-Number ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

## Part 10.  Applicant's Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-485 Instructions before completing this part.  You must file Form I-485 while in the United States.

### Applicant's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

1.a.  ☒  I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

1.b.  ☐  The interpreter named in **Part 11.** read to me every question and instruction on this application and my answer to every question in

[                    ],

a language in which I am fluent, and I understood everything.

2.  ☐  At my request, the preparer named in **Part 12.**,

[                    ],

prepared this application for me based only upon information I provided or authorized.

### Applicant's Contact Information

3.  Applicant's Daytime Telephone Number

[                    ]

4.  Applicant's Mobile Telephone Number (if any)

[                    ]

5.  Applicant's Email Address (if any)

[                    ]

### Applicant's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date.  Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I understand that if I am a male who is 18 to 26 years of age, submitting this application will automatically register me with the Selective Service System as required by the Military Selective Service Act.

I furthermore authorize release of information contained in this application, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

1)  I reviewed and understood all of the information contained in, and submitted with, my application; and

2)  All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of this information is complete, true, and correct.

### Applicant's Signature

6.a.  Applicant's Signature (sign in ink)

▶ [ *signature* ]

6.b.  Date of Signature (mm/dd/yyyy)   [ 07/02/2018 ]

**NOTE TO ALL APPLICANTS:**  If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

## Part 11.  Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

1.a.  Interpreter's Family Name (Last Name)

[                    ]

1.b.  Interpreter's Given Name (First Name)

[                    ]

2.  Interpreter's Business or Organization Name (if any)

[                    ]

A-Number ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

## Part 11. Interpreter's Contact Information, Certification, and Signature (continued)

### Interpreter's Mailing Address

**3.a.** Street Number and Name

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town

**3.d.** State          **3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and _____ , which is the same language specified in **Part 10., Item Number 1.b.**, and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question. The applicant informed me that he or she understands every instruction, question, and answer on the application, including the **Applicant's Declaration and Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature (sign in ink)

**7.b.** Date of Signature (mm/dd/yyyy)

## Part 12. Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)
PARK

**1.b.** Preparer's Given Name (First Name)
JANGMAN

**2.** Preparer's Business or Organization Name (if any)
JP LAW GROUP

### Preparer's Mailing Address

**3.a.** Street Number and Name
2150 E LAKE COOK RD

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr. | 170

**3.c.** City or Town
BUFFALO GROVE

**3.d.** State IL   **3.e.** ZIP Code 60089

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country
USA

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number
8479019155

**5.** Preparer's Mobile Telephone Number (if any)

**6.** Preparer's Email Address (if any)
JANGMANPARK2@GMAIL.COM

A-Number ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

## Part 12.  Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant (continued)

### Preparer's Statement

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

**7.b.** ☒ I am an attorney or accredited representative and my representation of the applicant in this case ☒ extends ☐ does not extend beyond the preparation of this application.

> **NOTE:** If you are an attorney or accredited representative, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this application.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant. The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the **Applicant's Declaration and Certification**, and that all of this information is complete, true, and correct. I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

### Preparer's Signature

**8.a.** Preparer's Signature (sign in ink)

**8.b.** Date of Signature (mm/dd/yyyy)   `07/02/2018`

> **NOTE:  Do not complete Part 13. until the USCIS Officer instructs you to do so at the interview.**

### Part 13.  Signature at Interview

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this Form I-485, Application to Register Permanent Residence or Adjust Status, subscribed by me, including the corrections made to this application, **numbered** [    ] **through** [    ], are complete, true, and correct.  All additional pages submitted by me with this Form I-485, **on numbered pages** [    ] **through** [    ] are complete, true, and correct.  All documents submitted at this interview were provided by me and are complete, true, and correct.

Subscribed to and sworn to (affirmed) before me

USCIS Officer's Printed Name or Stamp

Date of Signature (mm/dd/yyyy)

Applicant's Signature (sign in ink)

USCIS Officer's Signature (sign in ink)

A-Number ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

## Part 14. Additional Information

If you need extra space to provide any additional information within this application, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this application or attach a separate sheet of paper.  Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number,** and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name)   LIM

**1.b.** Given Name (First Name)   INAE

**1.c.** Middle Name

**2.** A-Number (if any) ▶ A- | 2 | 1 | 5 | 5 | 3 | 5 | 4 | 6 | 7 |

**3.a.** Page Number    **3.b.** Part Number    **3.c.** Item Number

**3.d.**

**4.a.** Page Number    **4.b.** Part Number    **4.c.** Item Number

**4.d.**

**5.a.** Page Number    **5.b.** Part Number    **5.c.** Item Number

**5.d.**

**6.a.** Page Number    **6.b.** Part Number    **6.c.** Item Number

**6.d.**

**7.a.** Page Number    **7.b.** Part Number    **7.c.** Item Number

**7.d.**



## Supplement J, Confirmation of Bona Fide Job Offer or Request for Job Portability Under INA Section 204(j)

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS
Form I-485**
OMB No. 1615-0023
Expires 06/30/2019

| For USCIS Use Only | Fee Receipt | Action Block |
|---|---|---|
| | | |

**NOTE:** Use Form I-485, Supplement J, Confirmation of Bona Fide Job Offer or Request for Job Portability Under INA Section 204(j) (Supplement J), to either confirm that the job offered to you in Form I-140, Immigrant Petition for Alien Worker, that is the basis of your Form I-485, Application to Register Permanent Residence or Adjust Status, remains available to you or to request job portability under the Immigration and Nationality Act (INA) section 204(j).

▶ **START HERE - Type or print in black ink.**

### Part 1.  Reason for Filing Supplement J

This supplement is being filed to (Select **only one** box):

**1.a.** ☒ Confirm that the job offered to you in the Form I-140, that is the basis of your Form I-485, remains a bona fide job offer that you intend to accept once your Form I-485 is approved.

**1.b.** ☐ Request job portability under INA section 204(j) to a new, full-time, permanent job offer that you intend to accept once your Form I-485 is approved.

### Part 2.  Information About You (Applicant)

#### *Your Current Legal Name (do not provide a nickname)*

**1.a.** Family Name (Last Name)   `LIM`

**1.b.** Given Name (First Name)   `INAE`

**1.c.** Middle Name

#### *U.S. Mailing Address*

**2.a.** In Care Of Name (if any)

**2.b.** Street Number and Name   `10414 MICHAEL TODD TER`

**2.c.** ☒ Apt. ☐ Ste. ☐ Flr. `2N`

**2.d.** City or Town   `GLENVIEW`

**2.e.** State `IL`  **2.f.** ZIP Code `60025`

### *Other Information*

**3.** Alien Registration Number (A-Number) (if any)
▶ A- `2 1 5 5 3 5 4 6 7`

**4.** USCIS Online Account Number (if any)
▶

**5.** Date of Birth (mm/dd/yyyy)   `03/19/1985`

**6.** Country of Birth
`SOUTH KOREA`

### *Basic Information About Your Form I-485 and the Underlying Form I-140*

**7.** Form I-485 Receipt Number (if already filed with U.S. Citizenship and Immigration Services (USCIS))

**8.** Form I-485 Filing Date (mm/dd/yyyy) (if already filed with USCIS)

**9.** Form I-140 Receipt Number
`LIN1817050107`

**10.** Has your Form I-140 been approved?
☒ Yes ☐ No ☐ Unknown

## Part 3. Applicant's Statement, Contact Information, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Supplement J Instructions before completing this part. You must file Supplement J while in the United States.

### Applicant's Statement

Select **all** applicable boxes.

1. [X] I can read and understand English, and I have read and understand every question and instruction on this supplement and my answer to every question.

2. [ ] At my request, the preparer named in **Part 4.**,

   [_____],
   prepared this supplement for me based only upon information I provided or authorized.

### Applicant's Contact Information

3. Applicant's Daytime Telephone Number
   [_____]

4. Applicant's Mobile Telephone Number (if any)
   [_____]

5. Applicant's Email Address (if any)
   [_____]

### Applicant's Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this supplement, in supporting documents, and in my USCIS records to other entities and persons when necessary for the administration and enforcement of U.S. immigration laws.

I certify, under penalty of perjury, that I provided or authorized all of the information in my supplement, especially in **Part 1.** and **Part 2.**, I understand all of the information contained in, and submitted with my supplement, and that all of this information is complete, true, and correct.

I further declare, under penalty of perjury, that I have reviewed the job offer described in **Part 6.** of this supplement, and I intend to accept the position offered in **Part 6.** of this supplement upon approval of my Form I-485.

### Applicant's Signature

6.a. Applicant's Signature (sign in ink)
   ➡ [signature]

6.b. Date of Signature (mm/dd/yyyy)   [06/15/2018]

## Part 4. Contact Information, Declaration, and Signature of the Person Preparing This Supplement, if Other Than the Applicant

Provide the following information about the preparer.

### Preparer's Full Name

1.a. Preparer's Family Name (Last Name)
   [PARK]

1.b. Preparer's Given Name (First Name)
   [JANGMAN]

2. Preparer's Business or Organization Name (if any)
   [JP LAW GROUP]

### Preparer's Mailing Address

3.a. Street Number and Name   [2150 E LAKE COOK RD]

3.b. [ ] Apt. [X] Ste. [ ] Flr.   [170]

3.c. City or Town   [BUFFALO GROVE]

3.d. State [IL]   3.e. ZIP Code [60089]

3.f. Province   [_____]

3.g. Postal Code   [_____]

3.h. Country
   [USA]

### Preparer's Contact Information

4. Preparer's Daytime Telephone Number
   [8479019155]

5. Preparer's Mobile Telephone Number (if any)
   [_____]

6. Preparer's Email Address (if any)
   [JANGMANPARK2@GMAIL.COM]

## Part 4.  Contact Information, Declaration, and Signature of the Person Preparing This Supplement, if Other Than the Applicant (continued)

### Preparer's Statement

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this supplement on behalf of the applicant and with the applicant's consent.

**7.b.** ☒ I am an attorney or accredited representative and my representation of the applicant in this case
☒ extends ☐ does not extend beyond the preparation of this supplement.

**NOTE:** If you are an attorney or accredited representative, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this supplement.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this supplement at the request of the applicant.  The applicant then reviewed this completed supplement and informed me that he or she understands all of the information contained in, and submitted with, his or her supplement, including the **Applicant's Certification**, and that all of this information is complete, true, and correct.

### Preparer's Signature

**8.a.** Preparer's Signature (sign in ink)

**8.b.** Date of Signature (mm/dd/yyyy)   06/15/2018

**IMPORTANT:** The employer confirming an existing bona fide job offer or offering you a new, permanent job must complete **Parts 5., 6., and 7.**

## Part 5.  Information About the Employer

**1.** Type of employer (Select **only one** box):
☒ Business/Organization
☐ Self/Individual

### Employer's U.S. Mailing Address

**2.a.** Street Number and Name   493 LESLIE COURT

**2.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**2.c.** City or Town   DES PLAINES

**2.d.** State   IL   **2.e.** ZIP Code   60016

### Information About the Business Entity Employer

If you, the employer, are a business entity, provide the information requested in **Item Numbers 3. - 10.**

**3.** Business or Organization Name
ASIANA SERVICES INC.

**4.** Employer Identification Number
▶ 4 5 4 6 3 3 2 1 7

**5.** Type of Business
FOOD SERVICE CONTRACTORS

**6.** Date Established (mm/dd/yyyy)   02/24/2012

**7.** Current Number of U.S. Employees   4

**8.** Gross Annual Income   $ 203,198

**9.** Net Annual Income   $ 50,069

**10.** NAICS Code   ▶ 7 2 2 3 2 0

### Information About the Individual Employer (if applicable)

### Your Current Legal Name (do not provide a nickname)

**11.a.** Family Name (Last Name)

**11.b.** Given Name (First Name)

**11.c.** Middle Name

**12.** Date of Birth (mm/dd/yyyy)

**13.** U.S. Social Security Number (if any)
▶

**14.** Annual Income   $

**15.** Occupation

## Part 6. Information About the Job Offer

You, the employer, must provide the information requested in **Part 6.**

1. Job Title

   JAPANESE CHEF

2. Standard Occupational Classification (SOC) Code

   ▶ 3 5 - 1 0 1 1

3. Nontechnical Description of Job (If you need extra space to complete this section, use the space provided in **Part 9. Additional Information.**)

   Direct the preparation, seasoning, and cooking of Japanese cuisine; plan and price menu items, order supplies;

4. Is this a full-time position?   ☒ Yes ☐ No

5. If you answered "No" to **Item Number 4.**, provide the number of hours per week the applicant will work in this position.

6. Is this a permanent position?   ☒ Yes ☐ No

7. Wages Offered (Specify hour, week, month, or year)

   $ 049,878.00 per YEAR

### Employer's U.S. Physical Address

Provide the physical address where the applicant will work if different from the employer's mailing address in **Part 5., Item Numbers 2.a. - 2.e.** or the address provided in Form I-140 on which the applicant's Form I-485 is based.

8.a. Street Number and Name

8.b. ☐ Apt. ☐ Ste. ☐ Flr.

8.c. City or Town

8.d. State [    ]  8.e. ZIP Code

9. Is the applicant named in **Part 2.** of this supplement currently employed by you?   ☐ Yes ☒ No

10. If you answered "Yes" to **Item Number 9.**, when did the applicant begin employment with you (mm/dd/yyyy)?

## Part 7. Statement, Contact Information, Certification, and Signature of the Individual Employer or Authorized Signatory of the Business Entity Employer

**NOTE:** Read the **Penalties** section of the Supplement J Instructions before completing this part.

### Individual Employer's or Authorized Signatory's Statement

Select **all applicable** boxes.

1. ☒ I can read and understand English, and I have read and understand every question and instruction on this supplement and my answer to every question.

2. ☐ At my request, the preparer named in **Part 8.**,

   prepared this supplement for me based only upon information I provided or authorized.

### Individual Employer's or Authorized Signatory's Contact Information

3.a. Individual Employer's or Authorized Signatory's Family Name (Last Name)

   LEE

3.b. Individual Employer's or Authorized Signatory's Given Name (First Name)

   EUN

4. Individual Employer's or Authorized Signatory's Title

   PRESIDENT

5. Individual Employer's or Authorized Signatory's Daytime Telephone Number

6. Individual Employer's or Authorized Signatory's Mobile Telephone Number (if any)

7. Individual Employer's or Authorized Signatory's Email Address (if any)

---

**Part 7. Statement, Contact Information, Certification, and Signature of the Individual Employer or Authorized Signatory of the Business Entity Employer** (continued)

### Individual Employer's or Authorized Signatory's Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that, as the employer, USCIS may require that I submit original documents to USCIS at a later date.

I authorize the release of any information from any records of the employer that USCIS may need to determine eligibility for the requested immigration benefit. I recognize the authority of USCIS to conduct audits of this supplement using publicly available open source information. I also recognize that USCIS may verify any supporting evidence submitted in support of this supplement through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filling this supplement on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this supplement, and that all of the information contained in **Part 5.** and **Part 6.** of this supplement, including all responses provided by me to specific questions and in the supporting documents provided by me, is complete, true, and correct.

I further declare, under penalty of perjury, and attest to the following:

1) I am a viable employer and I am extending a bona fide job offer to the applicant named in **Part 2.** of this supplement;

2) The job opportunity is for full-time, permanent employment; and

3) I intend to employ the applicant in the job offer described in **Part 6.** of this supplement upon the approval of the applicant's Form I-485.

### Individual Employer's or Authorized Signatory's Signature

**8.a.** Signature of Individual Employer or Authorized Signatory (sign in ink)

**8.b.** Date of Signature (mm/dd/yyyy)  06/15/2018

---

**Part 8. Contact Information, Declaration, and Signature of the Person Preparing This Supplement, if Other Than the Individual Employer or Authorized Signatory of the Business Entity Employer**

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)
PARK

**1.b.** Preparer's Given Name (First Name)
JANGMAN

**2.** Preparer's Business or Organization Name (if any)
JP LAW GROUP

### Preparer's Mailing Address

**3.a.** Street Number and Name  2150 E LAKE COOK ROAD

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr.  170

**3.c.** City or Town  BUFFALO GROVE

**3.d.** State  IL   **3.e.** ZIP Code  60089

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country
USA

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number
8479019155

**5.** Preparer's Mobile Telephone Number (if any)

**6.** Preparer's Email Address (if any)
JANGMANPARK2@GMAIL.COM

---

**Part 8. Contact Information, Declaration, and Signature of the Person Preparing This Supplement, if Other Than the Individual Employer or Authorized Signatory of the Business Entity Employer** (continued)

### Preparer's Statement

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this supplement on behalf of the individual employer or authorized signatory and with the individual employer's or authorized signatory's consent.

**7.b.** ☒ I am an attorney or accredited representative and my representation of the individual employer or authorized signatory in this case.

☒ extends ☐ does not extend beyond the preparation of this supplement.

**NOTE:** If you are an attorney or accredited representative, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this supplement.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this supplement at the request of the individual employer or authorized signatory. The individual employer or authorized signatory then reviewed this completed supplement and informed me that he or she understands all of the information contained in, and submitted with, his or her supplement, including the **Individual Employer's or Authorized Signatory's Certification**, and that all of this information is complete, true, and correct.

### Preparer's Signature

**8.a.** Preparer's Signature (sign in ink)

**8.b.** Date of Signature (mm/dd/yyyy)   06/15/2018

## Part 9.  Additional Information

If you need extra space to provide any additional information within this supplement, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this supplement or attach a separate sheet of paper.  Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers, and sign and date each sheet.

**1.a.** Family Name (Last Name)  `LIM`

**1.b.** Given Name (First Name)  `INAE`

**1.c.** Middle Name

**2.** A-Number (if any) ▶ A- `2 1 5 5 3 5 4 6 7`

**3.a.** Page Number  `4`

**3.b.** Part Number  `6`

**3.c.** Item Number  `3`

**3.d.** check the quality of raw and cooked food products; demonstrate new cooking techniques to staff; inspect supplies, equipment, and work area to ensure conformance to restaurant standards; and keep records and accounts.

**4.a.** Page Number

**4.b.** Part Number

**4.c.** Item Number

**4.d.**

**5.a.** Page Number

**5.b.** Part Number

**5.c.** Item Number

**5.d.**

**6.a.** Page Number

**6.b.** Part Number

**6.c.** Item Number

**6.d.**

**7.a.** Page Number

**7.b.** Part Number

**7.c.** Item Number

**7.d.**

# I-693, Medical Exam

## Ms. Lim, Inae



# Application For Employment Authorization

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-765**
OMB No. 1615-0040
Expires 02/28/2018

| For USCIS Use Only | Fee Stamp | Action Block | | Initial Receipt | Resubmitted |
|---|---|---|---|---|---|

| | | | | Relocated | |
|---|---|---|---|---|---|
| | | | | Received | Sent |

☐ Application Approved
  ☐ Authorization/Extension Valid From _____
  ☐ Authorization/Extension Valid To _____
Subject to the following conditions: _____

☐ Application Denied - Failed to establish:
  ☐ Eligibility under 8 CFR 274a.12 (a) or (c)
  ☐ Economic necessity under 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

| Completed | |
|---|---|
| Approved | Denied |

A# _____

☐ Applicant is filing under section 274a.12 _____

▶ **START HERE** - Type or print in black ink.

**I am applying for:**

☒ Permission to accept employment.

☐ Replacement (of lost employment authorization document).

☐ Renewal of my permission to accept employment (attach a copy of your previous employment authorization document).

**1. Full Name**

| Family Name | First Name | Middle Name |
|---|---|---|
| LIM | INAE | |

**2. Other Names Used** (include Maiden Name)

| Family Name | First Name | Middle Name |
|---|---|---|
| NONE | | |
| | | |
| | | |

**3. U.S. Mailing Address**

| Street Number and Name | Apt. Number |
|---|---|
| 10414 MICHAEL TODD TER | 2N |

| Town or City | State | ZIP Code |
|---|---|---|
| GLENVIEW | IL | 60025 |

**4. Country of Citizenship or Nationality**

SOUTH KOREA

**5. Place of Birth**

| Town or City | State/Province | Country |
|---|---|---|
| SUNCHEON | | SOUTH KOREA |

**6. Date of Birth** (mm/dd/yyyy)  03/19/1985

**7. Gender**   ☐ Male   ☒ Female

**8. Marital Status**

☒ Single   ☐ Married   ☐ Divorced   ☐ Widowed

**9.a.** Has the Social Security Administration (SSA) ever officially issued a Social Security card to you?

☐ Yes   ☒ No

**NOTE:** If you answered "Yes" to Item Number 9.a., provide the information requested in **Item Number 9.b.**

**9.b.** Provide your Social Security number (SSN) (if known)

▶

**10.** Do you want the SSA to issue you a Social Security card? (You must also answer "Yes" to **Item Number 11., Consent for Disclosure**, to receive a card.)

☐ Yes   ☒ No

**NOTE:** If you answered "No" to **Item Number 10.**, skip to **Item Number 14.** If you answered "Yes" to **Item Number 10.**, you must also answer "Yes" to **Item Number 11.**

**11. Consent for Disclosure:** I authorize disclosure of information from this application to the SSA as required for the purpose of assigning me an SSN and issuing me a Social Security card.

☐ Yes   ☐ No

**NOTE:** If you answered "Yes" to **Item Numbers 10. - 11.**, provide the information requested in **Item Numbers 12.a. - 13.b.**

**Father's Name**

**12.a.** Family Name (Last Name) _____

**12.b.** Given Name (First Name) _____

**Mother's Name** (Provide your mother's birth name.)

**13.a.** Family Name
(Last Name)

**13.b.** Given Name
(First Name)

**14. Alien Registration Number (A-Number) or Form I-94 Number** (if any)

215535467

**15. Have you ever before applied for employment authorization from USCIS?**

☐ Yes (Complete the following questions.)

Which USCIS Office?                    Dates

Results (Granted or Denied - attach all documentation)

☒ No (Proceed to **Item Number 16.**)

**16. Date of Your Last Arrival or Entry Into the U.S., On or About** (mm/dd/yyyy)

12/17/2007

**17. Place of Your Last Arrival or Entry Into the U.S.**

CHICAGO

**18. Status at Last Entry** (B-2 Visitor, F-1 Student, No Lawful Status, etc.)

IL

**19. Current Immigration Status** (Visitor, Student, etc.)

STUDENT

**20. Eligibility Category.** Go to the **Who May File Form I-765?** section of the Instructions. In the space below, place the letter and number of the eligibility category you selected from the instructions. For example, (a)(8), (c)(17)(iii), etc.

( C ) ( 0 ) ( 9 )

**21. (c)(3)(C) Eligibility Category.** If you entered the eligibility category (c)(3)(C) in **Item Number 20.** above, list your degree, your employer's name as listed in E-Verify, and your employer's E-Verify Company Identification Number or a valid E-Verify Client Company Identification Number in the space below.

Degree                    Employer's Name as listed in E-Verify

Employer's E-Verify Company Identification Number or a Valid E-Verify Client Company Identification Number

**22. (c)(26) Eligibility Category.** If you entered the eligibility category (c)(26) in **Item Number 20.** above, please provide the receipt number of your H-1B principal spouse's most recent Form I-797 Notice of Approval for Form I-129.

**23. (c)(35) and (c)(36) Eligibility Category**

**a.** If you entered the eligibility category (c)(35) or (c)(36) in **Item Number 20.** above, please provide the receipt number of the Form I-140 beneficiary's Form I-797 Notice of Approval for Form I-140.

**b.** Have you **EVER** been arrested for and/or convicted of any crime?    ☐ Yes  ☐ No

**NOTE:** If you answered "Yes" to **Item Number 23.b.**, refer to **Item Number 5.**, **Item H.** or **Item I.** in the **Who May File Form I-765** section of these Instructions for information about providing court dispositions.

**Certification**

I certify, under penalty of perjury, that the foregoing is true and correct. Furthermore, I authorize the release of any information that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the **Who May File Form I-765** section of the Instructions and have identified the appropriate eligibility category in **Item Number 20.**

Applicant's Signature

Date of Signature (mm/dd/yyyy)    07/02/2018

Telephone Number

**Signature of Person Preparing Form, If Other Than Applicant**

I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

Preparer's Signature

Date of Signature (mm/dd/yyyy)    07/02/2018

Printed Name

JANGMAN PARK

Address

2150 E LAKE COOK RD SUITE 170

BUFFALO GROVE IL 60089



# Application for Travel Document

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-131**
OMB No. 1615-0013
Expires 12/31/2018

| For USCIS Use Only | Receipt | Action Block | To Be Completed by an *Attorney/ Representative*, if any. |
|---|---|---|---|

**To Be Completed by an *Attorney/Representative*, if any.**

[X] Fill in box if G-28 is attached to represent the applicant.

**Attorney State License Number:**

6288494

**□ Document Hand Delivered**

By: _____  Date: ___/___/___

**Document Issued**

□ Re-entry Permit *(Update "Mail To" Section)*  □ Refugee Travel Document *(Update "Mail To" Section)*

□ Single Advance Parole  □ Multiple Advance Parole *Valid Until:* ___/___/___

**Mail To** *(Re-entry & Refugee Only)*

□ Address in *Part 1*

□ US Consulate at:_____

□ Intl DHS Ofc at: _____

▶ **Start Here.** Type or Print in Black Ink

## Part 1. Information About You

**1.a.** Family Name *(Last Name)* `LIM`

**1.b.** Given Name *(First Name)* `INAE`

**1.c.** Middle Name

### Physical Address

**2.a.** In Care of Name

**2.b.** Street Number and Name `10414 MICHAEL TODD TER`

**2.c.** Apt. [X]  Ste. □  Flr. □  `2N`

**2.d.** City or Town `GLENVIEW`

**2.e.** State `IL`  **2.f.** ZIP Code `60025`

**2.g.** Postal Code

**2.h.** Province

**2.i.** Country `USA`

### Other Information

**3.** Alien Registration Number (A-Number)

▶ A- `2 1 5 5 3 5 4 6 7`

**4.** Country of Birth `SOUTH KOREA`

**5.** Country of Citizenship `SOUTH KOREA`

**6.** Class of Admission `F1`

**7.** Gender  Male □  Female [X]

**8.** Date of Birth *(mm/dd/yyyy)* ▶ `03/19/1985`

**9.** U.S. Social Security Number *(if any)* ▶



## Part 2.  Application Type

**1.a.** ☐ I am a permanent resident or conditional resident of the United States, and I am applying for a reentry permit.

**1.b.** ☐ I now hold U.S. refugee or asylee status, and I am applying for a Refugee Travel Document.

**1.c.** ☐ I am a permanent resident as a direct result of refugee or asylee status, and I am applying for a Refugee Travel Document.

**1.d.** ☒ I am applying for an Advance Parole Document to allow me to return to the United States after temporary foreign travel.

**1.e.** ☐ I am outside the United States, and I am applying for an Advance Parole Document.

**1.f.** ☐ I am applying for an Advance Parole Document for a person who is outside the United States.

If you checked box "1.f." provide the following information about that person in 2.a. through 2.p.

**2.a.** Family Name *(Last Name)*

**2.b.** Given Name *(First Name)*

**2.c.** Middle Name

**2.d.** Date of Birth *(mm/dd/yyyy)* ▶

**2.e.** Country of Birth

**2.f.** Country of Citizenship

**2.g.** Daytime Phone Number ( ) -

*Physical Address (If you checked box 1.f.)*

**2.h.** In Care of Name

**2.i.** Street Number and Name

**2.j.** Apt. ☐ Ste. ☐ Flr. ☐

**2.k.** City or Town

**2.l.** State

**2.m.** ZIP Code

**2.n.** Postal Code

**2.o.** Province

**2.p.** Country

## Part 3.  Processing Information

**1.** Date of Intended Departure *(mm/dd/yyyy)* ▶

**2.** Expected Length of Trip *(in days)*

**3.a.** Are you, or any person included in this application, now in exclusion, deportation, removal, or rescission proceedings?   ☐ Yes ☒ No

**3.b.** If "Yes", Name of DHS office:

**4.a.** Have you ever before been issued a reentry permit or Refugee Travel Document? *(If "Yes" give the following information for the last document issued to you):*
☐ Yes ☒ No

**4.b.** Date Issued *(mm/dd/yyyy)* ▶

**4.c.** Disposition *(attached, lost, etc.)*:

**If you are applying for a non-DACA related Advance Parole Document, skip to Part 7; *DACA recipients must complete Part 4 before skipping to Part 7.***

## Part 3.  Processing Information *(continued)*

Where do you want this travel document sent? *(Check one)*

**5.** [X] To the U.S. address shown in **Part 1 (2.a through 2.i.)** of this form.

**6.** [ ] To a U.S. Embassy or consulate at:

**6.a.** City or Town

**6.b.** Country

**7.** [ ] To a DHS office overseas at:

**7.a.** City or Town

**7.b.** Country

If you checked "6" or "7," where should the notice to pick up the travel document be sent?

**8.** [ ] To the address shown in **Part 2 (2.h. through 2.p.)** of this form.

**9.** [ ] To the address shown in **Part 3 (10.a. through 10.i.)** of this form.:

**10.a.** In Care of Name

**10.b.** Street Number and Name

**10.c.** Apt. [ ]  Ste. [ ]  Flr. [ ]

**10.d.** City or Town

**10.e.** State

**10.f.** ZIP Code

**10.g.** Postal Code

**10.h.** Province

**10.i.** Country

**10.j.** Daytime Phone Number ( )  -

## Part 4.  Information About Your Proposed Travel

**1.a.** Purpose of trip. *(If you need more space, continue on a separate sheet of paper.)*

UNKNOWN

**1.b.** List the countries you intend to visit. *(If you need more space, continue on a separate sheet of paper.)*

UNKNOWN

## Part 5.  Complete Only If Applying for a Re-entry Permit

Since becoming a permanent resident of the United States (or during the past 5 years, whichever is less) how much total time have you spent outside the United States?

**1.a.** [ ] less than 6 months
**1.b.** [ ] 6 months to 1 year
**1.c.** [ ] 1 to 2 years

**1.d.** [ ] 2 to 3 years
**1.e.** [ ] 3 to 4 years
**1.f.** [ ] more than 4 years

**2.** Since you became a permanent resident of the United States, have you ever filed a Federal income tax return as a nonresident or failed to file a Federal income tax return because you considered yourself to be a nonresident? *(If "Yes" give details on a separate sheet of paper.)*

[ ] Yes  [ ] No



Form I-131  12/23/16  N

## Part 6.  Complete Only If Applying for a Refugee Travel Document

**1.** Country from which you are a refugee or asylee:

If you answer "Yes" to any of the following questions, you must explain on a separate sheet of paper. Include your Name and A-Number on the top of each sheet.

**2.** Do you plan to travel to the country named above?   ☐ Yes  ☐ No

Since you were accorded refugee/asylee status, have you ever:

**3.a.** Returned to the country named above?   ☐ Yes  ☐ No

**3.b.** Applied for and/or obtained a national passport, passport renewal, or entry permit of that country?   ☐ Yes  ☐ No

**3.c.** Applied for and/or received any benefit from such country (for example, health insurance benefits)?   ☐ Yes  ☐ No

Since you were accorded refugee/asylee status, have you, by any legal procedure or voluntary act:

**4.a.** Reacquired the nationality of the country named above?   ☐ Yes  ☐ No

**4.b.** Acquired a new nationality?   ☐ Yes  ☐ No

**4.c.** Been granted refugee or asylee status in any other country?   ☐ Yes  ☐ No

## Part 7.  Complete Only If Applying for Advance Parole

On a separate sheet of paper, explain how you qualify for an Advance Parole Document, and what circumstances warrant issuance of advance parole. Include copies of any documents you wish considered. *(See instructions.)*

**1.** How many trips do you intend to use this document?
☐ One Trip  ☒ More than one trip

If the person intended to receive an Advance Parole Document is outside the United States, provide the location (City or Town and Country) of the U.S. Embassy or consulate or the DHS overseas office that you want us to notify.

**2.a.** City or Town

**2.b.** Country

If the travel document will be delivered to an overseas office, where should the notice to pick up the document be sent?:

**3.** ☐ To the address shown in **Part 2 (2.h. through 2.p.)** of this form.

**4.** ☐ To the address shown in **Part 7 (4.a. through 4.i.)** of this form.

**4.a.** In Care of Name

**4.b.** Street Number and Name

**4.c.** Apt. ☐  Ste. ☐  Flr. ☐

**4.d.** City or Town

**4.e.** State        **4.f.** ZIP Code

**4.g.** Postal Code

**4.h.** Province

**4.i.** Country

**4.j.** Daytime Phone Number (        )        -



Form I-131  12/23/16  N

**Part 8. Signature of Applicant** *(Read the information on penalties in the Form instructions before completing this Part.)* If you are filing for a Re-entry Permit or Refugee Travel Document, you must be in the United States to file this application.

**1.a.** I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking.

Signature of Applicant
➡ _____

**1.b.** Date of Signature  *(mm/dd/yyyy)*  ▶ 07/02/2018

**2.** Daytime Phone Number ( _____ ) _____ - _____

**NOTE:** If you do not completely fill out this form or fail to submit required documents listed in the instructions, your application may be denied.

---

**Part 9. Information About Person Who Prepared This Application, If Other Than the Applicant**

**NOTE:** If you are an attorney or representative, you must submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, along with this application.

*Preparer's Full Name*

Provide the following information concerning the preparer:

**1.a.** Preparer's Family Name *(Last Name)*
PARK

**1.b.** Preparer's Given Name *(First Name)*
JANGMAN

**2.** Preparer's Business or Organization Name
JP LAW GROUP

*Preparer's Mailing Address*

**3.a.** Street Number and Name   2150 E LAKE COOK ROAD

**3.b.** Apt. ☐  Ste. ☒  Flr. ☐   170

**3.c.** City or Town   BUFFALO GROVE

**3.d.** State   IL   **3.e.** ZIP Code   60089

**3.f.** Postal Code   _____

**3.g.** Province   _____

**3.h.** Country   USA

*Preparer's Contact Information*

**4.** Preparer's Daytime Phone Number        Extension
( 847 ) 901 - 9155      _____

**5.** Preparer's E-mail Address *(if any)*
JANGMANPARK2@GMAIL.COM

**Declaration**

To be completed by all preparers, including attorneys and authorized representatives: I declare that I prepared this benefit request at the request of the applicant, that it is based on all the information of which I have knowledge, and that the information is true to the best of my knowledge.

**6.a.** Signature of Preparer   _____

**6.b.** Date of Signature *(mm/dd/yyyy)*  ▶ 07/02/2018

**NOTE:** If you require more space to provide any additional information, use a separate sheet of paper. You must include your Name and A-Number on the top of each sheet.

Form I-131  12/23/16  N