UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| INAE LIM<br><br>Plaintiff<br><br>-against-<br><br>UNITED STATES CITIZENSHIPAND IMMIGRATION SERVICES<br><br>Defendant | Case No. 19-cv-2460<br><br>ORDER GRANTING APPLICATION FOR PRELIMINARY INJUNCTION POSTPONING THE EFFECTIVENESS OF THE DENIAL OF PLAINTIFF'S APPLICATION FOR ADJUSTMENT OF STATUS |
|---|---|

This Court, having found that the plaintiff is likely to succeed on the merits of her complaint, that she will suffer irreparable harm if the effectiveness of the denial of her application for adjustment of status is not postponed, that the balance of equities tips in her favor and that the public interest favors postponement -

THERFOEFORE, it is ORDERED that: the effectiveness of the denial of Inae Lim's application for adjustment of status is postponed during the pendency of this action, and that this Order is retroactive to the date of the denial of that application.

_____
District Judge