UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INAE LIM,<br><br>   *Plaintiff*,<br><br>      v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>   *Defendant*, | Civil Action No.19-2460 (DLF) |

**MOTION FOR EXTENSION OF TIME AND CONTINUANCE,
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

  The U.S. Citizenship and Immigration Services ("USCIS" or "Defendant" or the "Agency") respectfully moves, by and through undersigned counsel, for an enlargement of time of two weeks, up to and including October 14, 2019, to file its Opposition to Plaintiff's pending Motion for Preliminary Injunction [ECF No. 4] and the continuance of any conference on said Motion until after full briefing.

**BACKGROUND INFORMATION**

1. On June 3, 2019, USCIS issued a decision denying Plaintiff's I-485: Application to Register Permanent Residence or Adjust Status ("I-485 Application"). *See* ECF No. 1 at ¶ 9.

2. More than two months later, on August 14, 2019, Plaintiff filed her Complaint in this action, purporting to assert a claim under the Administrative Procedure Act and asking the Court to reverse USCIS's denial of her I-485 Application. *See generally* ECF No. 1.

3. On September 16, 2019 – one month after filing the Complaint and prior to serving Defendant with the Complaint – Plaintiff filed a Motion for Preliminary Injunction. *See* ECF No. 4.

4. Since being served with Plaintiff's Motion, Defendant has worked diligently to identify the USCIS Service Center that adjudicated Plaintiff's application, locate and retrieve Plaintiff's immigration file from the National Records Center, assign an Agency attorney to assist with review of the case, and assign an immigration officer to review the file.

5. On September 30, 2019, USCIS vacated the June 3, 2019, denial of Plaintiff's I-485 Application, re-opened the application for a new adjudication, and issued a Request for Evidence.[1]

6. Undersigned counsel advised Plaintiff's counsel (via email) of the re-opening of the I-485 Application and asked counsel's proposal for next steps, because the re-opening of the I-485 Application appears to Defendant to moot the Motion for Preliminary Injunction and claims in the Complaint; however, the parties have not been able to confer regarding these developments given the short time between when this information was communicated to Plaintiff's counsel and the filing of this Motion.

**REQUEST AND BASIS FOR EXTENSION**

7. Defendant has had inadequate time to prepare a written response to the Motion for Preliminary Injunction because it has taken some time to obtain the file from the National Records Center, review the file, and confer within USCIS regarding the appropriate next steps. Additional time is necessary to not only prepare the written response but, in light of the issues involved, the response will need to be reviewed and approved by multiple individuals in USCIS and the Department of Justice.

---

[1] Undersigned counsel was apprised of this development after the teleconference with the Court on September 30, 2019.

8. Undersigned counsel also notes that it will be incredibly difficult for her to prepare the written response in a period of less than two weeks because (i) the USCIS attorney assigned to this matter is out of the office on pre-scheduled leave until October 2, 2019, making it difficult to obtain all necessary information and reviews; (ii) undersigned counsel has a substantial employment litigation brief due on October 4, 2019, and the Court has stated that it will not grant any extension of that deadline; (iii) undersigned counsel has two additional briefs due the week of October 7, 2019; and (iv) undersigned counsel will be out of the office for medical reasons for part of the day on October 3 and October 10, 2019.

9. During the September 30, 2019, teleconference with the Court, Plaintiff's counsel asserted that the urgency of this matter and the need for a Preliminary Injunction were predicated upon (i) the risk to Plaintiff that she could be placed into removal proceedings at any time because her presence in the U.S. because unlawful after the denial of her I-485 Application; and (ii) Plaintiff no longer had an employment authorization due to her I-485 Application having been denied.

10. The re-opening of the I-485 Application has now resolved both of these issues. Because USCIS has vacated its prior decision and re-opened the I-485 Application, Plaintiff's application status has been changed from "denied" to "pending." As a result of having a pending I-485 Application, Plaintiff's presence in the United States is no longer considered to be unlawful and Plaintiff is no longer at risk of being placed in removal proceedings. Additionally, because Plaintiff had a valid Employment Authorization Document issued by USCIS in November 2018 and that document remains valid, the re-opening of Plaintiff's I-485 Application resulted in the automatic reinstatement of Plaintiff's employment authorization.

11. Plaintiff's insistence that a two-week extension is unreasonable given the urgent nature of this action is belied by the fact that Plaintiff waited until eight weeks after her I-485 Application was denied to file her Complaint and another four weeks to even serve the Complaint on Defendant along with the current motion. Moreover, with the recent development of the re-opening of the I-485 Application, the harms that Plaintiff alleged made this matter urgent to adjudicate are no longer at issue.

12. If the Court does not grant the two week extension, Defendant asks that the Court grant at least until October 8, 2019, for the filing of its Opposition to the pending Motion.

WHEREFORE, based on the foregoing, Defendant asks that the Court grant this motion seeking an extension of time for Defendant to file its response.

Dated: September 30, 2019   Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VANHORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK, D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2525
April.Seabrook@usdoj.gov

*COUNSEL FOR DEFENDANT*